UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REYNOLD HULL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE GIBBSON,<br><br>    Defendant. | Civil Action No. 08-818 (CKK) |

**ORDER**
(June 16, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 16th day of June, 2008, hereby

**ORDERED** that Plaintiff's Complaint is dismissed without prejudice; it is further

**ORDERED** that this case is dismissed in its entirety.

*This is a Final, Appealable Order.*

                                                    */s/*
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge